Ida L. Sandberg, appellant, v. Eva Hamilton et al., appellees. Gen. No. 32,632.

Opinion filed October 3, 1928. Rehearing denied October 16, 1928.

Stedman, Dingle & Leitch, for appellant; Frank E. Dingle, of counsel. Samuel A. Ettelson, Corporation Counsel, for certain appellees; Frank J. Corr, Assistant Corporation Counsel, of counsel. Lucius, Buehler & Lucius, for Axel E. Magnuson, appellee; Ernst Buehler, of counsel.

Mr. Presiding Justice Holdom delivered the opinion of the court.